IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-42-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| EDWARD ARTHUR NURSE, | |
| Defendant. | |

Defendant Edward Arthur Nurse having been sentenced, IT IS ORDERED that while he is released pending self-surrender, Nurse is subject to all supervision conditions listed in the February 25, 2025 Judgment entered against him, except the first and second special conditions.

DATED this 25 day of February, 2025.

Donald W. Molloy, District Judge
United States District Court